# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:14-cv-00028-MR
### [CRIMINAL CASE NO. 1:97-cr-00310-MR-3]

| | | |
|---|---|---|
| LEWIS DEAN GIBSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Petitioner's "Motion for Reconsideration/Motion to Alter or Amend Judgment" [Doc. 6].

Petitioner's motion for reconsideration was filed simultaneously with a notice of appeal to the Fourth Circuit Court of Appeals [See Doc. 5]. The filing of a notice of appeal divests this Court of jurisdiction and confers jurisdiction on the Court of Appeals. See United States v. Christy, 3 F.3d 765, 767-68 (4th Cir. 1993).

Accordingly, **IT IS, THEREFORE, ORDERED** that Petitioner's "Motion for Reconsideration/Motion to Alter or Amend Judgment" [Doc. 6] is **DENIED** for lack of jurisdiction.

**IT IS SO ORDERED.**

Signed: June 2, 2014

Martin Reidinger
United States District Judge